**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

SURIEL ANTONIO MONGE GARCIA,

      Petitioner,

      v.                               No. 1:26-cv-00022-DHU-KRS

MELISSA ORTIZ, Acting Warden, Torrance
County Detention Center; KRISTI NOEM,
Secretary of the Department of Homeland
Security; PAMELA BONDI, Attorney General of
the United States; TODD M. LYONS, Acting
Director of U.S. Immigration and Customs
Enforcement; and MARISA FLORES, Acting
Director, El Paso Field Office Director, U.S.
Immigration and Customs Enforcement,

      Respondents.

**ORDER GRANTING PETITIONER'S UNOPPOSED MOTION TO DISMISS WITHOUT PREJUDICE**

THIS MATTER is before the Court on Petitioner's Unopposed Motion to Dismiss Without Prejudice ("Motion"). Doc. 12. As grounds for the Motion, Petitioner states that an Immigration Judge granted his application for relief on March 9, 2026, and that he was released from immigration custody on March 10, 2026. *Id.* at 1. Having reviewed the Motion, and noting that it is unopposed, Petitioner's Motion is **GRANTED**.

      **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED**, that, pursuant to Federal Rule of Civil Procedure 41(a)(2), Petitioner's Motion is **GRANTED**, and his claims against Respondents are **DISMISSED WITHOUT PREJUDICE.** The parties will bear their own attorney fees, expenses, and costs.

      **IT IS SO ORDERED.**

_____
HONORABLE DAVID HERRERA URIAS
UNITED STATES DISTRICT JUDGE